DANIEL G. BOGDEN
United States Attorney
District of Nevada

KRYSTAL J. ROSSE
Assistant United States Attorney
Nevada Bar No. 11573
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *krystal.rosse@usdoj.gov*

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 2:16-cv-278-JAD-NJK |
| Letter Rogatory Issued by ) | |
| District Court of Nove Zamky, Slovak Republic ) | |
| ) | |

**[PROPOSED] ORDER**

This Court having reviewed the Application for Appointment of Commissioner filed in this matter and being fully advised in the premises,

IT IS HEREBY ORDERED that Krystal J. Rosse is appointed Commissioner in this matter in and may undertake the actions necessary to effectuate the answering and execution of the Letter Rogatory issued by the District Court of Nove Zamky, Slovak Republic, on October 6, 2014, in accordance with 28 U.S.C. § 1782 and the Federal Rules of Civil Procedure.

The Clerk's Office is **INSTRUCTED** to close this case.

_____
~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE

DATED: March 1, 2016